UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SUMUKH DEEPAK BALLAL**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:24-cv-2088-JLR |
| **UR M. JADDOU,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

On February 18, 2025, Defendant filed an unopposed motion to extend the deadline to respond to the complaint by 62 days, through April 28, 2025. The Court finds that Defendant has shown good cause to extend the response deadline. *See* Fed. R. Civ. P. 6(b)(1)(A). Accordingly, the Court hereby GRANTS Defendant's motion and extends the deadline to respond to the complaint by 62 days, through April 28, 2025.

Date: February 19, 2025

_____
HON. JAMES L. ROBART
United States District Judge